**LAWRENCE J. SEMENZA, ESQ.**
California Bar # 47134
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169
(702) 369-6999
Facsimile: (702) 263-3539
E-mail: lsemenza@semenzalawfirm.com

*Attorneys for Douglas Silberman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:12-cr- 12-00286 MMC |
| Plaintiff, | ~~PROPOSED~~/ORDER |
| vs. | DATE: October 30, 2013 |
| DOUGLAS R. SILBERMAN | TIME: 2:15 P.M. |
| Defendant. | COURTROOM: 7 |
| | JUDGE: Hon. Maxine M. Chesney |

**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

On October 30, 2013, the Court heard Defendant, Douglas R. Silberman's Motion for Early Termination of Supervised Release.  The Defendant, Douglas R. Silberman was present with counsel, Lawrence J. Semenza, Esq. and the United States was represented by an Assistant United States Attorney Kevin Barry.

ORDER GRANTING TERMINATION OF SUPERVISED RELEASE
CASE NO. 3:12-cr-12-00286 MMC

The Court having read the pleadings, hearing argument and considering the factors set for in 18 USC § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7);

IT IS HEREBY ORDERED that the term of Supervised Release of Douglas R. Silberman is terminated.

Dated this ~~30th day of October 2013.~~
15th day of November 2013.



UNITED STATES DISTRICT JUDGE

ORDER GRANTING TERMINATION OF SUPERVISED RELEASE
CASE NO. 3:12-cr-12-00286 MMC